```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION



ANDER GILMORE,                    )
                                  )
    Plaintiff,                    )
                                  )
                                  )     CIVIL ACTION NO.
    v.                            )        1:05cv818-T
                                  )           (WO)
KEITH GRAMTHAM,                   )
                                  )
    Defendant.                    )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) Plaintiff's objections (Doc. Nos. 7 & 8) are overruled.

   (2) The United States Magistrate Judge's recommendation (Doc. No. 5) is adopted.

   (3) This lawsuit is dismissed pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(i).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of November, 2005.


                                  /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**